United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OLIQUINO,<br><br>        Plaintiff,<br><br>    v.<br><br>LINXX GLOBAL SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 24-cv-01032-SK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

It appears that this case is potentially related to 24-cv-01031, *Oliquino v. Linxx Global Solutions, Inc et al.*, with the Hon. Alex G. Tse presiding. Because 24-cv-01031 is the lowest-numbered case, the Court therefore REFERS this case to the Judge Tse and requests that Judge Tse consider whether these cases are related. Civil L.R. 3-12(c).

The Case Management Conference scheduled for May 20, 2024 is hereby CANCELED.

**IT IS SO ORDERED**.

Dated: May 16, 2024



SALLIE KIM
United States Magistrate Judge